IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEMETRIUS EUGENE MOORE,
    Plaintiff,

vs.                                      Case No.: 3:16cv415/LAC/EMT

CORRECTIONAL OFFICER ECKOLS, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 2, 2016 (ECF No. 5). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

Page 2 of 2

2. This case is **DISMISSED** as barred by the statute of limitations, pursuant to 28 U.S.C. § 1915(e)(2)(B).

3. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 5th day of October 2016.

        *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:16cv415/LAC/EMT